PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM A. OPP,<br><br>　　　　　　Defendant. | CASE NO. 2:22-CR-00144-KJM<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On December 15, 2023, the United States requested an extension of time to file its response to Defendant's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Docket No. 25).

IT IS HEREBY ORDERED the Government's request until January 23, 2024, to file its response is granted.

Dated: December 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1