HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
WILLIAM OPP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM OPP,<br><br>　　　　　Defendant. | No. Cr. S 22-144 KJM 1<br><br>**NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL; [ORDER**<br><br>Judge:  Hon. KIMBERLY J. MUELLER |

　　　Pursuant to Local Rule 141(b), Defendant, WILLIAM OPP, by and through his attorney, David M. Porter, Assistant Federal Defender, respectfully requests an order sealing Mr. Opp's medical records, which are submitted in support of his motion for a sentence reduction, and which were provided to the Court and government counsel.   Mr. Opp's medical records are not for public record.

　　　These medical records document his medical health conditions while incarcerated.  Those records are private information.

　　　The sealing is requested pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1).  The Court has inherent power to seal documents. *See United States v. Gurolla*, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); *see also United States v.*

Notice of Request to File Documents Under Seal;
[lodged] Order                                                  1                              *United States v. William Opp*
                                                                                                  Cr. S 22-144 KJM 1

1  *Hickey*, 185 F.3d 1064 (9th Cir. 1999); *United States v. Hardwell*, 80 F.3d 1471, 1483-84 (10th Cir. 1996).

The records have been submitted to the Court and government counsel via e-mail pursuant to Local Rule 141(b).  The Court may file this Notice in the public record.

Date: March 11, 2024

                         Respectfully submitted,

                         HEATHER E. WILLIAMS
                         Federal Defender

                         */s/  David M. Porter*
                         DAVID M. PORTER
                         Assistant Federal Defender

                         Attorneys for Defendant
                         WILLIAM OPP

# ORDER

Pursuant to Local Rule 141(b) and based upon the representation contained in Mr. Opp's Request to Seal, IT IS HEREBY ORDERED that Mr. Opp's medical records submitted in support of his motion to reduce sentence shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Mr. Opp's Request, sealing the defendant's medical records serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Mr. Opp would be harmed. In light of the public filing of its Notice to Seal, the Court further finds there are no additional alternatives to sealing the defendant's medical records that would adequately protect the compelling interests identified by Mr. Opp.

IT IS SO ORDERED.

Dated: March 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE