# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:   2:22-CR-0144-KJM |
| WILLIAM D. OPP | ) |
| | ) USM No:   58083-510 |
| Date of Original Judgment:    4/24/2023 | ) |
| Date of Previous Amended Judgment: | ) David M. Porter, Assist Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the parties    ☐ the Director of the Bureau of Prisons    ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

   ☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    45 months    **is reduced to**    36 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

IT IS HEREBY ORDERED the term of imprisonment imposed in April 2023 is reduced to 36 months on each of counts one and two to be served concurrently for a total term of 36 months. If the amount of time served as of the effective date of this order exceeds 36 months, the sentence is instead reduced to a sentence of time served, in which case, the order may be stayed for up to ten (10) days to allow the Bureau of Prisons to perform its statutory duties and release planning.

Except as otherwise provided, all provisions of the judgment dated    5/2/2023    shall remain in effect.

**IT IS SO ORDERED.**

Order Date:    5/14/24

Effective Date:   Up to 10 days from the date of this Judgment

*(if different from order date)*

_____
*Judge's signature*

District Judge Kimberly J. Mueller
*Printed name and title*