UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. Case 2:22-cr-00144-KJM |
| Plaintiff, | ORDER |
| v. | |
| William D. Opp, | |
| Defendant. | |

Defendant William Opp previously moved to reduce the term of his imprisonment under 18 U.S.C. § 3582 based on Amendment 821 to the Sentencing Guidelines and a claim of "extraordinary and compelling circumstances." *See* Sentencing Mot., ECF No. 33.  He was represented by counsel.  After the parties filed a stipulation for a sentence reduction, *see* Stip. & Order, ECF No. 39, Opp withdrew his motion, again represented by counsel, ECF No. 32, and the court vacated all previously set dates and deadlines, ECF No. 45.  Opp has now filed two pro se replies in support of his withdrawn motion. ECF Nos. 47, 48.  The court has disregarded these replies and will similarly disregard any further filings in support of the withdrawn motion.

IT IS SO ORDERED.

DATED: June 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE